**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 11, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00546-CV

## FORT BEND COUNTY, TEXAS, Appellant

## V.

## ROBERT RISHER, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-287387**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed July 21, 2022. On March 31, 2023, appellant filed an agreed motion to dismiss the appeal and render judgment effectuating the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(A). The appeal is reinstated, and the motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant